**No. 26-6623**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

AFFINITY CREDIT UNION, GREENSTATE CREDIT UNION, and CONSUMERS CO-OP CREDIT UNION,

*Respondents-Plaintiffs*,

v.

APPLE INC.,

*Petitioner-Defendant.*

On Petition for Permission to Appeal from the United States District Court for the Northern District of California
No. 4:22-cv-04174-JSW (Jeffrey S. White, District Judge)

## RESPONDENT-PLAINTIFFS' RESPONSE TO PETITIONER-DEFENDANT'S MOTION FOR LEAVE TO FILE PETITION FOR PERMISSION TO APPEAL CLASS CERTIFICATION DECISION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f) UNDER SEAL

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Ben M. Harrington
Elizabeth Zotti
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (206) 725-3001
benh@hbsslaw.com
ani.zotti@hbsslaw.com

*Attorneys for Respondents-Plaintiffs*

[Additional Counsel on Signature Page]

Plaintiffs take no position on Petitioner-Defendant Apple Inc.'s motion to seal its Petition for Permission to Appeal Class Certification Decision Pursuant to Federal Rule of Civil Procedure 23(f).

Dated: October 19, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Steve W. Berman*
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Ben M. Harrington
Elizabeth Zotti
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com
anni.zotti@hbsslaw.com

Eamon P. Kelly
Joseph M. Vanek
Jeffrey H. Bergman
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark Street, 25th Floor
Chicago, IL 60654
Telephone: (312) 676-5845
ekelly@sperlingkenny.com
jvanek@ sperlingkenny.com
jbergman@ sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
pcramer@sperlingkenny.com

*Attorneys for Respondents-Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Response to Petitioner-Defendant's Motion for Leave to File Petition for Permission to Appeal Class Certification Decision Pursuant to Federal Rule of Civil Procedure 23(F) Under Seal complies with the type-volume limitation of Circuit Rules 27-1(1)(d) and 32-3(2), because the document contains 28 words, excluding portions exempted under Federal Rules of Appellate Procedure 5(b)(1)(E) and 32(f).

Dated: October 19, 2026

Respectfully submitted,

/s/ *Steve W. Berman*
Steve W. Berman