**No. 26-6623**

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**AFFINITY CREDIT UNION, GREENSTATE CREDIT UNION, and CONSUMERS CO-OP CREDIT UNION,**

*Plaintiffs-Respondents*,

v.

**APPLE INC.,**

*Defendant-Petitioner*.

On Petition for Permission to Appeal from the United States District Court for the Northern District of California
No. 4:22-cv-04174-JSW (Jeffrey S. White, District Judge)

# MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL CLASS CERTIFICATION DECISION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)

Belinda S Lee
Sarah M. Ray
Aaron T. Chiu
Alicia R. Jovais
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600

Melissa Arbus Sherry
*Counsel of Record*
Margaret A. Upshaw
Christine C. Smith
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Samir Deger-Sen
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

October 26, 2026

*Counsel for Defendant-Petitioner Apple Inc.*

On October 7, 2026, Defendant Apple Inc. ("Apple") filed a Rule 23(f) petition, *see* ECF 1, which Plaintiffs opposed on October 19, 2026, *see* ECF 7. Apple now seeks permission to file a reply brief in support of its petition.

Replies in support of Rule 23(f) petitions are "permissible." *The Appellate Lawyers Representatives' Guide to Practice in the United States Court of Appeals for the Ninth Circuit* 22 (Mar. 2026), https://cdn.ca9.uscourts.gov/datastore/uploads/guides/AppellatePracticeGuide.pdf. Accordingly, this Court regularly grants motions for leave to file such replies. *See, e.g., Heckman v. Live Nation Ent., Inc.*, No. 25-8114 (9th Cir. Mar. 16, 2026), ECF 19; *Pepper v. Apple Inc.*, No. 25-7122 (9th Cir. Dec. 18, 2025), ECF 17; *Lessin v. Ford Motor Co.*, No. 25-602 (9th Cir. Apr. 1, 2025), ECF 16; *Depina v. FedEx Ground Package Sys., Inc.*, No. 24-7117 (9th Cir. Mar. 26, 2025), ECF 8; *Stewart v. Am. Honda Motor Co.*, No. 24-6349 (9th Cir. Jan. 31, 2025), ECF 9.[1]

Apple believes that a short reply will assist the Court in its consideration of the petition. As explained in Apple's petition, Rule 23(f) review is warranted because the district court's order is manifestly erroneous and implicates important questions of class action law. Plaintiffs' opposition mischaracterizes the record and the cases on which the petition relies and seeks to recharacterize the petition as

---

[1] Counsel for Plaintiffs has indicated that Plaintiffs oppose this motion.

raising fact-bound disputes. Apple's reply rebuts those mischaracterizations and explains that Plaintiffs' alleged fact-bound disputes underscore the deficiencies in the district court's order, including its failure to resolve disputes necessary to determining whether antitrust injury can be shown on a classwide basis.

Accordingly, Apple respectfully requests that the Court grant this motion and consider the attached reply brief in resolving Apple's Rule 23(f) petition.

Dated: October 26, 2026

Respectfully submitted,

s/ *Melissa Arbus Sherry*

Melissa Arbus Sherry
*Counsel of Record*
Margaret A. Upshaw
Christine C. Smith
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Samir Deger-Sen
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Belinda S Lee
Sarah M. Ray
Aaron T. Chiu
Alicia R. Jovais
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600

*Counsel for Defendant-Petitioner*
*Apple Inc.*